UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERIE GARMAN | * | CIVIL ACTION NO.: 11-2341 |
| | * | |
| VERSUS | * | SECTION    R |
| | * | |
| HELIX ENERGY SOLUTIONS GROUP, | * | THE HONORABLE SARAH S. VANCE |
| JAMES L. ARRUEBARRENA, ATTORNEY | * | |
| AT LAW, L.L.C., AND UNITED STATES | * | MAGISTRATE JUDGE 3 |
| EQUAL EMPLOYMENT OPPORTUNITY | * | |
| COMMISSION | * | JUDGE DANIEL E. KNOWLES, III |
| | * | |

**ORDER**

CONSIDERING the foregoing Motion for Voluntary Dismissal;

IT IS ORDERED that the motion is granted and that Plaintiff's action against all parties is hereby dismissed in its entirety and without prejudice, each party to bear their respective costs.

New Orleans, Louisiana, this __8th__ day of _____March_____, 2012.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE